# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137174

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LORI WALTERS, a/k/a LORI ANNE PEOPLES,
      Plaintiff-Appellee,

v

BRIAN KEITH LEECH,
      Defendant

and

KENT COUNTY FRIEND OF THE COURT,
      Intervening Appellant.

SC: 137174
COA: 277180
Kent CC: 91-071023-DS

_____/

      On order of the Court, the application for leave to appeal the July 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

s1117